UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                          :
AMERITAS LIFE INSURANCE CORP.,     :
                                   Plaintiff,   :
                -against-              :          23 Misc. 151 (LGS)
                                              :
U.S. BANK, NATIONAL ASSOCIATION, et al., :         **ORDER**
                                   Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on May 4, 2023, Plaintiff initiated this action to compel Lavastone Capital LLC ("Lavastone") to produce documents in connection with an underlying dispute pending in the District of Delaware;

      WHEREAS, on May 10, 2023, counsel for Lavastone filed a letter requesting an extension of time to respond to Plaintiff's motion to compel to May 18, 2023. The Court granted Lavastone's request on May 11, 2023;

      WHEREAS, Lavastone failed to respond to Plaintiff's motion or request an extension of the filing deadline by May 18, 2023;

      WHEREAS, on May 17, 2023, Plaintiff filed an amended motion to compel seeking, in addition to the documents sought from Lavastone, additional documents from Lexington Insurance Company ("Lexington"). It is hereby

      **ORDERED** that by **May 23, 2023**, Lavastone shall file a memorandum of law in opposition to Plaintiff's motion or risk a judgment by default in favor of Plaintiff. It is further

      **ORDERED** that by **May 23, 2023,** counsel for Lexington shall appear in this matter. Lexington shall file a memorandum of law in opposition to Plaintiff's motion by **May 25, 2023**.

Dated: May 19, 2023
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE